MICHAEL J. HURLEY  SBN: 153174
Law Offices of Moga & Hurley
9121 Haven Avenue, Suite 210
Rancho Cucamonga, CA 91730
Telephone:  (909) 948-7282
Facsimile:   (909) 948-7292
E-Mail:      Mogahurley@aol.com

Attorney for Plaintiff:
AMY SNODGRASS

# UNITED STATES DICTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| AMY SNODGRASS, <br>            Plaintiff, <br> vs. <br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY <br>            Defendants. | No.  EDCV  08-964 JC <br><br> ~~(PROPOSED)~~ ORDER AWARDING EAJA ATTORNEY FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of Three Thousand Two Hundred Fifty Dollars ($3,250.00) subject to the terms of the stipulation.

Dated:       February 25, 2011                    _____/s/_____
                                                        Honorable Jacqueline Chooljian
                                                     UNITED STATES MAGISTRATE JUDGE